JOB D. TANNER, Appellant, *v.* MARTIN S. HILLS, Respondent.

One H. worked plaintiff's farm under a contract, in and by which plaintiff agreed to let the farm to H. to work on shares upon certain conditions, among others, that plaintiff was to account and pay to H., in consideration of the premises and for his performance, the value of one-half of all the grain, etc., produced from the farm. *Held*, that the parties were not tenants in common of the crops, but that plaintiff had exclusive title thereto.

(Argued September 21, 1871; decided January term, 1872.)

*John Gaul* for the appellant.

*R. E. Andrews* for the respondent.

LEONARD, C., reads for reversal.

All concur.

Order of General Term reversed, and judgment of County Court affirmed, with costs in both courts.